| | Fill in this information to identify the case: |
|---|---|
| Debtor name | Holcomb Oil and Gas, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEW MEXICO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Vectra Bank Colorado, NA c/o Brownstein Hyatt Farber Schreck, LLP Eric Burris, Attorney 201 3rd St. NW Suite | | Judgment | Contingent | | | $730,780.86 |
| 2 | Flogistix PO Box 731389 Dallas, TX 75373-1389 | | Vendor Charges | | | | $36,033.05 |
| 3 | Energy Pump & Supply, Inc. 2010 Troy King Rd Farmington, NM 87401 | | Vendor Charges | | | | $16,264.78 |
| 4 | JC Well Service PO Box 51 Farmington, NM 87401 | | Vendor Charges | | | | $12,419.93 |
| 5 | Knockout Roustabout Services PO Box 737 Farmington, NM 87499 | | Vendor Charges | | | | $8,845.02 |

| Debtor | Holcomb Oil and Gas, Inc. | | | Case number (if known) | | |
|---|---|---|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Deadwood Field Services L<br>PO Box 1167<br>Aztec, NM 87410 | | Vendor Charges | | | | $8,448.30 |
| 7 | Cummins Burner Fuel<br>PO Box 655<br>Bloomfield, NM 87413 | | Vendor Charges | | | | $7,145.79 |
| 8 | Roberts Trucking, LLC<br>91 CRD 4903<br>Bloomfield, NM 87413 | | Vendor Charges | | | | $6,572.24 |
| 9 | Anderson Field Service<br>614 Little Sarah Circle<br>Aztec, NM 87410 | | Vendor Charges | | | | $5,604.78 |
| 10 | Doghouse Supply<br>1201 Dowell Rd.<br>Farmington, NM 87401 | | Vendor Charges | | | | $5,262.13 |
| 11 | Microbial Energy Inc.<br>PO Box 1346<br>Aztec, NM 87410 | | Vendor Charges | | | | $4,305.42 |
| 12 | Lobo Well Service<br>PO Box 2667<br>Farmington, NM 87499 | | Vendor Charges | | | | $4,171.54 |
| 13 | Magna Energy Services LLC<br>116 E. Twilight Dr.<br>Farmington, NM 87401 | | Vendor Charges | | | | $4,069.98 |

| Debtor | Holcomb Oil and Gas, Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Agua Moss LLC<br>PO Box 600<br>Farmington, NM 87499 | | Vendor Charges | | | | $2,902.65 |
| 15 Cave Enterprises<br>PO Box 79<br>Flora Vista, NM 87415 | | Vendor Charges | | | | $2,545.90 |
| 16 Oil & Gas Equipment Corp.<br>PO Box 459<br>8 Road 350<br>Flora Vista, NM 87415 | | Vendor Charges | | | | $2,291.20 |
| 17 Pitney Bowes Global Financial Services, LLC<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 | | Vendor Charges | | | | $1,291.99 |
| 18 Two Cross Production Serv.<br>PO Box 509<br>La Plata, NM 87418 | | Vendor Charges | | | | $1,268.88 |
| 19 Parts Plus of NM<br>5900 Office Blvd. NE<br>Albuquerque, NM 87109 | | Vendor Charges | | | | $1,015.55 |
| 20 New Mexico Gas Co.<br>PO Box 27885<br>Albuquerque, NM 87125-7885 | | Utilities | | | | $917.17 |